In the Matter of JOHN J. REED, as Executor of MATHILDA A. STIER, Deceased, Appellant, against ROLLIN BROWNE et al., Constituting the State Tax Commission, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante,* p. 575.]

SPRING BROOK WATER COMPANY, Plaintiff, v. VILLAGE OF HUDSON FALLS, Defendant.— Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante,* p. 515.]

JOHN DAVIGNON, Respondent, v. THE RACQUETTE RIVER PAPER COMPANY, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, without costs. Hill, P. J., Heffernan, Brewster and Foster, JJ., concur; Lawrence, J., taking no part. [See *ante,* p. 889.]

In the Matter of SAMUEL WEINRIB, Appellant, against DAVID W. BEIER, Secretary of the State Board of Dental Examiners, et al., Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the opening of the next session of the Court of Appeals in October, 1945. All concur. [See *ante,* p. 481.]

In the Matter of ALEXANDER NESHAMKIN, Petitioner, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for reargument denied, without costs. All concur. [See *ante,* p. 891.]

MARY LE MAY, as Administratrix of the Estate of JAMES LE MAY, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Hill, P. J., Heffernan, Brewster and Lawrence, JJ., concur; Foster, J., taking no part. [See *ante,* p. 502.]

## (September 19, 1945.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY BOCCHETTI, Appellant, against WALTER M. WALLACK, as Warden of Wallkill State Prison, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante,* p. 888.]

In the Matter of the Claim of JACOB HEFFLER, Respondent, against SIMON TARIFF et al., a Copartnership, Respondents, and GREAT AMERICAN INDEMNITY COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by carrier. The policy of insurance expressly covered the place of injury. The claimant worked for a copartnership. The policy of insurance was written in the name of one of the copartners. " The name of the insured in the policy is not always important if the intent to cover the risk is clear." (*Matter of Lipschitz* v. *Hotel Charles,* 226 App. Div. 839, affd. 252 N. Y. 518.) Award affirmed, with costs to the Workmen's Compensation Board. All concur.